DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for the United States

FILED

FEB 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLEG TINKOV, <br> a/k/a Oleg Tinkoff <br><br> Defendant. | NO. CR 19-00489 JST <br><br> APPLICATION AND [~~PROPOSED~~] ORDER FOR UNSEALING OF INDICTMENT AND ARREST WARRANT |

The United States respectfully moves this Court to unseal the Indictment and arrest warrant in this matter. The defendant is now in custody.

DATED: Feb. 27, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
MICHELLE J. KANE
Assistant United States Attorney

APPL. & [PROPOSED] ORDER
CR 19-00489 JST

Document No. 3
District Court
Criminal Case Processing

**ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned Indictment and arrest warrant shall be unsealed and placed on the public docket.

DATED: 2/27/20

HON. KANDIS A. WESTMORE
United States Magistrate Judge