DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov
    katherine.lloyd-lovett@usdoj.gov

Attorneys for the United States

**FILED**
MAR 05 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLEG TINKOV, <br> a/k/a Oleg Tinkoff <br><br> Defendant. | NO. CR 19-00489 JST <br><br> APPLICATION AND [PROPOSED] ORDER FOR UNSEALING DOCKET |

On February 27, 2020, the Honorable Kandis A. Westmore ordered the Indictment and Arrest Warrant in this matter unsealed, as the defendant was in custody. The United States now respectfully moves this Court to unseal and make public the docket in this matter.

//
//
//
//
//

APPL. & [PROPOSED] ORDER
CR 19-00489 JST

| | |
|---|---|
| 1   DATED: 3/4/2020 | Respectfully submitted, |
| 2 | |
| 3 | DAVID L. ANDERSON<br>United States Attorney |
| 4 | _____<br>MICHELLE J. KANE |
| 5 | KATHERINE M. LLOYD-LOVETT<br>Assistant United States Attorneys |

### ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the docket in the above-captioned matter shall be unsealed and made publicly available.

DATED: 3/4/20

_____
HON. DONNA M. RYU
United States Magistrate Judge

2

APPL. & [PROPOSED] ORDER
CR 19-00489 JST