DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00489 JST |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| OLEG TINKOV, a/k/a Oleg Tinkoff, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Katherine M. Lloyd-Lovett appears in this matter in substitution of former AUSA Jose Olivera.  Future ECF notices should be sent to Assistant United States Attorney Lloyd-Lovett with the following contact information:

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

AUSA Jose Olivera should be removed from the list of persons to be noticed.

1  DATED:  March 5, 2020                                Respectfully submitted,

2                                                       DAVID L. ANDERSON
                                                        United States Attorney
3

4
                                                        __/s/_____
5                                                       KATHERINE M. LLOYD-LOVETT
                                                        Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL           2                              v. 11/1/2018
CR 19-00489 JST