ISMAIL RAMSEY (CA State Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (202) 434-5029

JEREMY H. TEMKIN (Admission Pro Hac Vice Pending)
RUSSELL J. FELDMAN (Admission Pro Hac Vice Pending)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.
565 Fifth Avenue
New York, NY 10017
Phone: (212) 856-9600; Facsimile: (212) 856-9494
Email: jtemkin@maglaw.com; rfeldman@maglaw.com

CHRISTOPHER J. MORVILLO (Admission Pro Hac Vice Pending)
IVANA DJAK (Admission Pro Hac Vice Pending)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Phone: (212) 878-8000; Facsimile: (212) 878-8375
Email: christopher.morvillo@cliffordchance.com; ivana.djak@cliffordchance.com

Attorneys for Defendant OLEG TINKOV

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> OLEG TINKOV, a/k/a Oleg Tinkoff, <br><br> Defendant. | Case No.: 4:19-cr-00489-JST <br><br> **NOTICE OF APPEARANCE OF COUNSEL BY ISMAIL J. RAMSEY FOR DEFENDANT OLEG TINKOV** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ismail J. Ramsey of Ramsey & Ehrlich LLP hereby enters his appearance as counsel of record on behalf of defendant Oleg Tinkov, a/k/a Oleg Tinkoff, in the above-captioned action, *U.S. v. Tinkov,* Case No.: 4:19-cr-00489-JST.

Mr. Ramsey is lead attorney on the case. Mr. Ramsey is admitted to practice in the State of California and before this Court. Mr. Tinkov requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and served upon counsel at the address below:

> ISMAIL RAMSEY (CA State Bar No. 189820)
> izzy@ramsey-ehrlich.com
> RAMSEY & EHRLICH LLP
> 803 Hearst Avenue
> Berkeley, CA 94710
> (510) 548-3600 (Tel)
> (510) 291-3060 (Fax)

Dated: September 17, 2021

Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

Ismail J. Ramsey
*Attorneys for Defendant Oleg Tinkov*