STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

YAEL T. EPSTEIN (DCBN 1600820)
Assistant Chief
U.S. Department of Justice Tax Division

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-19-00489 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING CHANGE OF PLEA HEARING VIA ZOOM WEBINAR FOR OCTOBER 1, 2021. |
| v. | |
| OLEG TINKOV<br>   A/K/A/ OLEG TINKOFF, | |
| Defendant. | |

    Defendant Oleg Tinkov, by and through his retained counsel, the United States Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Michelle J. Kane, and the United States Department of Justice, Tax Division, by and through Assistant Chief Yael T. Epstein, hereby stipulate and agree to the following:

    1.    A grand jury sitting in the Northern District of California returned an indictment on September 26, 2019, charging the defendant with two counts of subscribing to a false tax return,

STIP. & [PROPOSED] ORDER
CR-19-00489 JST

statement, or other document, in violation of 26 U.S.C. § 7206(1).  The indictment was unsealed following defendant's arrest in London on these charges on February 26, 2020.

   2.  The defendant has not yet appeared in this case. The defendant is currently in the United Kingdom (UK) contesting extradition and has provided to the government and a court in the UK expert medical reports supporting his claim that he is undergoing a UK-based intensive treatment plan for acute myeloid leukemia and graft versus host disease, is immunocompromised, and will be unable to safely travel as a result.

   3.  The parties have reached an agreement to resolve this matter.

   4.  The parties therefore request that the matter be set for a change of plea via Zoom webinar before this Court on October 1, 2021, at 9:00 a.m. Counsel for the United States will submit the written plea agreement for the Court's review. Once the matter is set for change of plea, the parties will request that the matter be set before the Duty Magistrate for arraignment on the indictment prior to entry of the change of plea.

   5.  The defendant understands that, under the Constitution, the United States Code, the Federal Rules of Criminal Procedure (including Rules 11, 32, and 43), he may have the right to be physically present at these hearings. He understands that right and, after consulting with counsel,

//

voluntarily agrees to waive it and to proceed with remote proceedings, and in particular, video-teleconference ("VTC") or telephone, if VTC is not reasonably available, from the United Kingdom.

   IT IS SO STIPULATED.

                    STEPHANIE M. HINDS
                    Acting United States Attorney

Dated: September 17, 2021

                    MICHELLE J. KANE
                    Assistant United States Attorney

Dated: September 17, 2021

                    /s/
                    YAEL T. EPSTEIN
                    Assistant Chief
                    U.S. Department of Justice, Tax Division

Dated: September 17, 2021

                    OLEG TINKOV
                    Defendant

Dated: September 17, 2021

                    JEREMY H. TEMKIN, Esq.
                    Pro Hac Vice Motion Pending
                    Attorney for Defendant

Dated: September 17, 2021

                    CHRISTOPHER MORVILLO, Esq.
                    Pro Hac Vice Motion Pending
                    Attorney for Defendant

Dated:

                    /s/
                    ISMAIL RAMSEY, Esq.
                    Attorney for Defendant

STIP. & [PROPOSED] ORDER
CR-19-00489 JST

**ORDER**

Based on the stipulation of the parties and for good cause shown, the Court HEREBY ORDERS:

WHEREAS the proceeding cannot be conducted in person without seriously jeopardizing public health and safety; and

WHEREAS there are specific reasons, in this particular case, that the change of plea cannot be further delayed without serious harm to the interests of justice;

THEREFORE, the matter of *United States v. Oleg Tinkov*, No. 19-CR-00489, be set for a change of plea via Zoom webinar before this Court on October 1, 2021, at 9:00 a.m.

IT IS SO ORDERED.

DATED:_____

_____
HON. JON S. TIGAR
United States District Judge