STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

YAEL T. EPSTEIN (DCBN 1600820)
Assistant Chief
U.S. Department of Justice Tax Division

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-19-00489 JST |
| Plaintiff, | REPONSE TO DEFENDANT'S MOTION TO EXPEDITE SENTENCING |
| v. | |
| OLEG TINKOV<br>   A/K/A/ OLEG TINKOFF, | |
| Defendant. | |

The United States Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Michelle J. Kane, and the United States Department of Justice, Tax Division, by and through Assistant Chief Yael T. Epstein, hereby files its response to Defendant's Motion to Expedite Sentencing (the "Motion"). In light of the medical reports defendant attached to his

Motion, and those he previously provided to the government and a court in the United Kingdom, the government is prepared to proceed with sentencing at any time the Court deems appropriate.

|  |  |
|---|---|
|  | STEPHANIE M. HINDS<br>Acting United States Attorney |
| Dated: 9/24/2021 | s/ Yael T. Epstein<br>YAEL T. EPSTEIN<br>Assistant Chief<br>U.S. Department of Justice, Tax Division |
| Dated: 9/24/2021 | s/ Michelle J. Kane<br>MICHELLE J. KANE<br>Assistant United States Attorney |