# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 50 minutes |
| Date: | October 1, 2021 | | |
| Case No.: | **4:19-cr-00489-JST-1** | | |

**United States of America**    v.    **Oleg Tinkov**

☐ Defendant
☒ Present
☐ Not Present
☐ In Custody

| | |
|---|---|
| Michelle Kane | Christopher Morvillo |
| Yael Epstein | Ismail Ramsey |
| | Jeremy Temkin |
| | Russell Feldman |
| U.S. Attorney | Defense Counsel |

Probation:    Kyle Pollak

Courtroom Deputy Clerk: Mauriona Lee    Reporter: Raynee Mercado

## *PROCEEDINGS*

Change of Plea – held.

## *RESULT OF HEARING*

1. Hearing held via Zoom videoconference. The plea agreement was signed and emailed to the court for filing. The Defendant was sworn. The Court found the Defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The Court found a factual basis for the plea. The Defendant entered a plea of guilty as to Count One of the Indictment. The plea was accepted and the Defendant is adjudged guilty of the offense.

2. Defense counsel informs the court that the defendant will waive the presentence investigation in light of the fact that this is a fast track case. The defendant is referred to probation for preparation of a criminal history report.
3. Sentencing set for October 29, 2021 at 9:30 a.m. via Zoom.
4. Defendant will remain out of custody pending sentencing and is ordered to be personally present at the next hearing.
5. Defendant will submit a proposed order regarding restitution.