STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

PETER ANTHONY (NYBN 4940912)
Trial Attorney
U.S. Department of Justice Tax Division

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00489-JST |
|     Plaintiff, | NOTICE OF SUBSTITUTION OF ATTORNEY |
| v. | |
| OLEG TINKOV, | |
|     Defendant. | |

    Please take notice that, as of October 4, 2021, the attorney whose name, address, telephone number, facsimile number, and email address are listed below will substitute as counsel for the government in place of Yael Epstein:

    Peter Anthony
    Trial Attorney
    Department of Justice, Tax Division
    Western Criminal Enforcement Section
    150 M Street NE
    Washington, D.C. 20002
    Telephone: (202) 598-5523
    Fax: (202) 514-9623
    Email: peter.j.anthony@usdoj.gov

NOTICE OF SUBSTITUTION OF ATTORNEY
19-CR-00489-JST

1     AUSA Michelle J. Kane will continue as counsel for the government.

2   DATED: October 4, 2021                      Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            Acting United States Attorney

                                            /s/
                                            MICHELLE J. KANE
                                            Assistant United States Attorney

                                            /s/
                                            PETER J. ANTHONY
                                            Trial Attorney
                                            U.S. Dept. of Justice, Tax Division