ISMAIL RAMSEY (CA State Bar No. 189820)
izzy@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (202) 434-5029
izzy@ramsey-ehrlich.com

JEREMY H. TEMKIN (Admission Pro Hac Vice Pending)
RUSSELL J. FELDMAN (Admission Pro Hac Vice Pending)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.
565 Fifth Avenue
New York, NY 10017
Phone: (212) 856-9600; Facsimile: (212) 856-9494
Email: jtemkin@maglaw.com; rfeldman@maglaw.com

CHRISTOPHER J. MORVILLO (Admission Pro Hac Vice Pending)
IVANA DJAK (Admission Pro Hac Vice Pending)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Phone: (212) 878-8000; Facsimile: (212) 878-8375
Email: christopher.morvillo@cliffordchance.com; ivana.djak@cliffordchance.com

Attorneys for Defendant OLEG TINKOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLEG TINKOV <br>  A/K/A/ OLEG TINKOFF, <br><br> Defendant. | NO. CR 19-00489 JST <br><br> **STIPULATION AND [PROPOSED] ORDER RE: FORWARDING RESTITUTION FROM CLERK OF COURT TO INTERNAL REVENUE SERVICE** <br><br> Sentencing date: October 29, 2021 <br> Time: 9:30 a.m. <br> Via Zoom |

Defendant Oleg Tinkov, by and through his retained counsel, the United States Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Michelle J.

STIP. & [PROPOSED] ORDER RE RESTITUION
CR-19-00489 JST

Kane, and the United States Department of Justice, Tax Division, by and through Trial Attorney Peter Anthony, hereby stipulate and agree to the following:

1. In the Plea Agreement signed on September 2, 2021, and filed on October 1, 2021 (ECF No. 25), defendant Tinkov agreed that, prior to the date of sentencing, he would pay restitution to the Internal Revenue Service (IRS) in the amount of $448,957,108 by depositing those funds with the Clerk of the District Court, to be forwarded to the IRS at the following address: IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Ave., Kansas City, MO, 64108.

2. On October 6, 2021, the parties jointly requested that the Court issue an order authorizing the Clerk to accept defendant's restitution payment prior to sentencing. (ECF No. 32.) The Court issued that requested order the next day. (ECF No. 34.)

3. On October 8, 2021, the Clerk received defendant's restitution payment in the amount of $448,957,108. (ECF No. 36.)

4. The parties have been informed that, in the ordinary course, the Clerk does not disburse restitution funds until there is a judgment in the case, but that it can do so before the judgment is entered pursuant to a court order.

5. The parties now jointly request that the Court issue an order directing the Clerk to transmit defendant's restitution payment to the IRS forthwith by forwarding the payment, together with any and all accrued interest, to the IRS at the following address: IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Ave., Kansas City, MO, 64108, with a notation reflecting the defendant's name and docket number.

IT IS SO STIPULATED.

STEPHANIE M. HINDS
Acting United States Attorney

Dated: 10/14/2021

/s/
MICHELLE J. KANE
Assistant United States Attorney

| | |
|---|---|
| Dated: 10/14/2021 | /s/<br>PETER ANTHONY<br>Trial Attorney<br>U.S. Department of Justice, Tax Division |
| Dated: 10/14/2021 | /s/<br>JEREMY H. TEMKIN, Esq.<br>Pro Hac Vice<br>Attorney for Defendant |
| Dated: 10/14/2021 | /s/<br>CHRISTOPHER MORVILLO, Esq.<br>Pro Hac Vice<br>Attorney for Defendant |
| Dated: 10/14/2021 | /s/<br>ISMAIL RAMSEY, Esq.<br>Attorney for Defendant |

**[PROPOSED] ORDER**

The Court, having considered the Stipulation Regarding Forwarding Restitution from the Clerk of Court to the Internal Revenue Service, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Clerk of Court for the Northern District of California, having received and accepted from the defendant a restitution payment in the amount of $448,957,108, shall transmit that payment to the IRS forthwith by forwarding the funds, together with any and all accrued interest, to the IRS at the following address: IRS-RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Ave., Kansas City, MO, 64108, with a notation reflecting the defendant's name and docket number.

IT IS SO ORDERED.

DATED:_____

_____
HON. JON S. TIGAR
United States District Judge