ISMAIL RAMSEY (CA State Bar No. 189820)
RAMSEY & EHRLICH LLP
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (202) 434-5029
Email: izzy@ramsey-ehrlich.com

JEREMY H. TEMKIN (Admitted Pro Hac Vice)
RUSSELL J. FELDMAN (Admitted Pro Hac Vice)
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.
565 Fifth Avenue
New York, NY 10017
Phone: (212) 856-9600; Facsimile: (212) 856-9494
Email: jtemkin@maglaw.com; rfeldman@maglaw.com

CHRISTOPHER J. MORVILLO (Admitted Pro Hac Vice)
IVANA DJAK (Admitted Pro Hac Vice)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Phone: (212) 878-8000; Facsimile: (212) 878-8375
Email: christopher.morvillo@cliffordchance.com; ivana.djak@cliffordchance.com

Attorneys for Defendant OLEG TINKOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00489 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: UNSEALING DEFENDANT'S MOTION TO EXPEDITE SENTENCING AND JEREMY H. TEMKIN'S DECLARATION IN SUPPORT OF MOTION TO EXPEDITE SENTENCING** |
| v. | |
| OLEG TINKOV A/K/A/ OLEG TINKOFF, | Sentencing date: October 29, 2021 Time: 9:30 a.m. |
| Defendant. | Via Zoom |

Defendant Oleg Tinkov, by and through his retained counsel, the United States Attorney's Office

for the Northern District of California, by and through Assistant United States Attorney Michelle J.

STIP. & [PROPOSED] ORDER RE UNSEALING
CR-19-00489 JST

Kane, and the United States Department of Justice, Tax Division, by and through Trial Attorney Peter Anthony, hereby stipulate and agree to the following:

1.      In Defendant Oleg Tinkov's Unopposed Administrative Motion to File Under Seal Exhibits to Defendant's Motion to Expedite Sentencing, filed on September 17, 2021 ("Administrative Motion to File Under Seal"), Mr. Tinkov moved the Court to seal Exhibits C – N appended to the Declaration of Jeremy H. Temkin in Support of Defendant's Motion to Expedite Sentencing (the "Temkin Declaration").  Exhibits C – L are expert medical reports, and Exhibit N is a letter from Mr. Tinkov's treating physician.  Mr. Tinkov asked that these medical records be placed under seal because they contain private, confidential, and sensitive information.  *United States v. Lopez-Perez*, No. 14-CR-45, 2021 WL 809396, at *1 (E.D. Cal. Mar. 3, 2021); *see also United States v. Keys*, No. 16-CR-234, 2020 WL 6700412, at *7 (E.D. Cal. Mar. 15, 2021).

2.      Exhibit M is an executed Plea Agreement between Mr. Tinkov and the United States that had at that time not yet been accepted by this Court.  In his Administrative Motion to File Under Seal, Mr. Tinkov asked the Court to seal Exhibit M to the Temkin Declaration pending acceptance of the Plea Agreement by this Court.  Mr. Tinkov acknowledged that there was a presumption that the Plea Agreement would be placed on the public docket when it was lodged with the Court.  The Plea Agreement has indeed since been filed on the public docket on October 1, 2021 (ECF. No. 25).

3.      In his Administrative Motion to File Under Seal, Mr. Tinkov did not request that the Court seal his Motion to Expedite Sentencing and the Temkin Declaration.  Rather, those documents were filed under seal in the first instance so that Exhibits C –N to the Temkin Declaration could be filed under seal.  The Government did not oppose Mr. Tinkov's Administrative Motion to File Under Seal.

4.      The Court granted Mr. Tinkov's Administrative Motion to File Under Seal.  At present, the Motion to Expedite Sentencing, the Temkin Declaration, and Exhibits C – L and N to the Temkin Declaration remain sealed.

5.      The parties now jointly request that only the Motion to Expedite Sentencing, the Temkin Declaration and Exhibits A, B and M to the Temkin Declaration be unsealed.  The parties jointly request that Exhibits C – L and N to the Temkin Declaration remain under seal.

STIP. & [PROPOSED] ORDER RE UNSEALING
CR-19-00489 JST

1    IT IS SO STIPULATED.

2

3                                                    STEPHANIE M. HINDS
                                                     Acting United States Attorney
4

5                                                    _____/s/_____
     Dated: 10/19/2021                               MICHELLE J. KANE
6                                                    Assistant United States Attorney

7

8

9    Dated: 10/19/2021                               _____/s/_____
                                                     PETER ANTHONY
10                                                   Trial Attorney
                                                     U.S. Department of Justice, Tax Division
11

12   Dated: 10/19/2021                               _____/s/_____
                                                     JEREMY H. TEMKIN, Esq.
13                                                   Pro Hac Vice
                                                     Attorney for Defendant
14

15
     Dated: 10/19/2021                               _____/s/_____
16                                                   CHRISTOPHER MORVILLO, Esq.
                                                     Pro Hac Vice
17                                                   Attorney for Defendant

18
     Dated: 10/19/2021                               _____/s/_____
19                                                   ISMAIL RAMSEY, Esq.
                                                     Attorney for Defendant
20

21

22

23

24

25

26

27

28
                                          3

1

**[~~PROPOSED~~] ORDER**

2          The Court, having considered the Stipulation Regarding Unsealing Defendant Oleg Tinkov's

3   Motion to Expedite Sentencing and the Temkin Declaration, and good cause appearing, hereby

4   ORDERS that the Motion to Expedite Sentencing, the Temkin Declaration and Exhibit A, B and M to

5   the Temkin Declaration be unsealed.  The Court further ORDERS that Exhibits C – L and N of the

6   Temkin Declaration will remain under seal.

7          IT IS SO ORDERED.

8

9   DATED:  October 21, 2021

10                                                                HON. JON S. TIGAR
                                                                  United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4